UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20- 22485-Civ-Cooke/Goodman

| | |
|---|---|
| STEVEN J. TYMAN, individually and on behalf Of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FORD MOTOR COMPANY and LORENZO ENTERPRISES CORP. d/b/a LORENZO FORD | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANT, LORENZO ENTERPRISES CORP. d/b/a LOREZO FORD'S MOTION TO COMPELL ARBITRATION AND STAY PROCEEDINGS AND MOTION TO STAY COUNT III OF PLAINTIFF'S COMPLAINT UNITL COMPLIANCE WITH CONDITIONS PRECEDENT UNDER CHAPTER 501, FLA. STAT.**

THIS MATTER is before the Court on Defendant, Lorenzo Enterprises Corp. d/b/a Lorenzo Ford's, Motion to Compel Arbitration and Stay Proceedings and/or Motion to Stay Count III of Plaintiff's Complaint until compliance with conditions precedent under Chapter 501, Fla. Stat., before the Court on ECF 17 filed on July 23, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

The Motion to GRANTED.  It is further Ordered that the case is STAYED pending completion of the arbitration.  The parties shall file a notice with the Court within 10 days of a final ruling in the arbitration.

It is further Ordered that Plaintiff comply with the written demand letter requirements under Section 501.98, Fla. Stat. prior to initiating arbitration as to any claims against Defendant under Florida Deceptive and Unfair Trade Practice Act.

1

**DONE and ORDERED** in Chambers, Miami, Florida, this____ day of _____, 20__.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*