UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-22485-Civ-COOKE/GOODMAN

STEVEN J. TYMAN, *individually and on
behalf of all others similarly situated*,

    Plaintiff,

vs.

FORD MOTOR COMPANY,
a Delaware corporation, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court upon the Report and Recommendation (the "R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge. ECF No. 50.

Defendant Ford Motor Company ("Ford") filed its Motion to Compel Arbitration (the "Motion") on August 14, 2020. ECF No. 25. Plaintiff Steven J. Tyman ("Tyman") filed an opposition in response to the Motion on August 28, 2020. ECF No. 29. Ford filed its reply brief in support of the Motion on September 9, 2020. ECF No. 35. The undersigned referred the Motion to Judge Goodman for a report and recommendation on December 11, 2020. Judge Goodman issued the R&R on January 2021. ECF No. 48. Tyman filed his Objections to the R&R on February 3, 2021.

In his R&R, Judge Goodman recommends that Ford's Motion be granted and this matter be sent to arbitration. I have reviewed Ford's Motion, Judge Goodman's R&R, Tyman's objections thereto, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling. Accordingly, Judge Goodman's R&R (ECF No. 50) is **APPROVED and ADOPTED** as the Order of this Court. It is, therefore, **ORDERED and ADJUDGED** as follows:

1. Defendant Ford Motor Company's Motion to Compel Arbitration (ECF No. 25) is **GRANTED**.
2. Plaintiff Steven Tyman and Defendant Ford Motor Company are directed to

    arbitrate this matter in accordance with the terms of the Retail Lease Order and the Florida Motor Vehicle Lease Agreement.

3. The Clerk of Courts is directed to **STAY** this case pending completion of the arbitration.

4. The Clerk of Courts is also directed to **CLOSE** this case for administrative purposes only, and without prejudice to the Parties to move to re-open the case once the arbitration has been completed.

5. All pending motions not otherwise ruled upon herein are **DENIED** as moot.

**DONE and ORDERED** in Chambers at Miami, Florida this 23rd day of February 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*